AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21 CR 344 (JDB) |
| ABRAM M. MARKOFSKI | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Abram M. Markofski.

Date: May 19, 2021

*Attorney's signature*

Brian C. Spahn
*Printed name and bar number*
Godfrey Kahn, S.C.
833 E. Michigan Avenue, Suite 1800
Milwaukee, WI 53202

*Address*

bspahn@gklaw.com
*E-mail address*

(414) 273-3500
*Telephone number*

*FAX number*