AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No.   21 cr 344 (jdb) |
| Abram M. Markofski | ) |
| Defendant | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Abram M. Markofski

Date: 05/24/2021

*Attorney's signature*

Jonas B. Bednarek
*Printed name and bar number*
Jonas B. Bednarek
Hurley Burish, S.C.
33 East Main Street, Suite 400
Madison, WI  53703
*Address*

jbednarek@hurleyburish.com
*E-mail address*

(608) 257-0945
*Telephone number*

(608) 257-5764
*FAX number*