# Exhibit A

Honorable John D. Bates
United States District Court
  for the District of Columbia
333 Constitution Avenue, Northwest Washington, DC 20001

Dear Judge Bates,

I am the mother of Abram Markofski.

One of Abram's better qualities is his teachable mind. He wasn't sure about higher education. But he has surrounded himself with good men. They encouraged bigger things and he is unlocking his potential. While some of his buddies or peers are hanging out having fun on the weekends he is working hard studying. He is putting in the time now for the greater good in the future.

Abram is also very generous. He gives his money freely. As a preteen he often gave his entire piggy bank to an organization or person when he heard of a specific need. He regularly sees a need and tries to meet it. One personal example is that I always wanted an apple tree at our new house. He used his paper delivery money to buy me a one and plant it for me.

He has had several jobs in which the bosses have experienced Abram's strong work ethic and loyalty. Some have been very disappointed that he left their company due to relocation. On days off from work Abram has often looked for odd jobs so as to not be idle.

He has many good friends and family members who support and love him. We are proud that he is carrying on and moving forward even during adversity. Abram has much to contribute to those around him. Now that Abram has moved back home, I get to see him more. When he's not studying, we'll find time to talk. When we talk, I can see that the criminal charges are weighing heavily on him. We speak about punishment and learning lessons from when we do wrong. Learning some hard lessons during this time has given him a perspective that is more diverse and focused.

Thank You,

*Michele Markofski*
Michele Markofski

Honorable John D. Bates
United States District Court
 for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC  20001


Dear Judge Bates:

I am Abram Markofski's dad.  Abram is our second of eight children.  Abram is a valued son and brother in our family, and we are a closely united bunch.  His willingness to help where needed, no matter what the job, and his relationship with us all, is a blessing to our family. This has certainly been a challenging time for Abram in his life, personally and financially, with school and guards and otherwise.  Despite the challenges, Abram's strength is his steadiness and ability to live in the moment. We stand together as a family, and support him in faith and love. We took out a second mortgage on our home to help pay for his legal fees, and we welcomed him back into our home while he goes to school.

As a pastor, I have seen Abram grow in his faith and character as a young man determined to work hard in every part of life, especially through these challenges. I know this has all been stressful, but I see him focused on simply doing the next right thing.  As a father, I  see Abram often help his younger siblings with school homework, listen to them, and give positive input. He helps them with sports, technology, problems and life issues.  He is my main source of tech help as well.  I do admire his loyalty

and steadiness through this all, as well as his personal drive and discipline to stay focused.

I have watched Abram's work ethic grow from shoveling and lawn care jobs and being a paperboy, to personal fitness trainer, graphics detailer, and now an engineering student. We have a hobby farm and Abram is always there to help with jobs bigger than I can handle. He has always been our problem solver, and has helped get us out of many jams with quick creative thinking and a willingness to help.

I have always taught him that our mistakes do not define us, but how we respond to those mistakes do. I do believe Abram humbly learns from his mistakes. Having talked through this situation with Abram, I know he regrets that he went into the capitol at all. In hindsight he would have simply attended the rally but stayed outside. I do thank you for your time in reading this.


Respectfully Submitted,

*Doug Markofski*
Doug Markofski

Honorable John D. Bates
United States District Court
  for the District of Columbia
333 Constitution Avenue, Northwest Washington, DC 20001

Dear Judge Bates,

I am the brother-in-law of Abram Markofski.

I have had the privilege of knowing Abram for 11 years. Throughout these years I have seen him grow and mature, and I have always noted his work ethic. Abram will always work hard and put in his best effort into whatever he does. Whether it is physical farm work, homework and studying, or helping out a friend, he is willing to sacrifice to pursue excellence in the task at hand.

An admirable and unique quality that I have witnessed in Abram is his ability to problem solve. He is quick to discover solutions for difficult situations. For example, one time I had a problem with my laptop. I was not able to resolve the issue but I knew that Abram would be able to help me. I took the computer to him and he helped me search for the issue. He helped me discover the problem and fix it within 15 minutes — after I had spent over an hour trying to resolve it.

In middle school and high school Abram and I ran together in a cross country running club. During these years I noted how well he supported his teammates and cheered them on. He always maintained a great attitude whether he performed well or not. I watched Abram grow stronger not only physically but also mentally and step into a leadership role during his last two years on the team. He demonstrated the importance of character and commitment regardless of one's performance.

Through these years and experiences with Abram, I have seen that he is a man of integrity. He has taught me a lot as a brother and friend with his consistent character and desire to better himself daily.

Thank you,

Zebediah Peterson

Honorable John D. Bates
United States District Court
    For the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

Dear Judge Bates:

I can be reached at caleb300d@gmail.com; (608) 386-8199.

Abram has been one of my best friends since middle school when we met each other at a bible camp.

Abram is a very generous and admirable friend. He has always been willing to donate his time to help others, such as helping my wife and I with moving into our first apartment and has always been there if our car broke down or some issue came up. Abram has always been an initiator for finding fun things to do in our friendship and would be willing to drive us places when my wife and I fell into economic hardship. Since the time I have known him, he has been involved in his local church and has helped with different charitable events. He was the best man for my wedding and was one of the integral people that made the day so special.

One of Abram's rare and admirable traits is his very "teachable" personality and how he takes criticism very well. He is also a very hard worker at every job he has worked at and currently in his education at Viterbo. Abram is a very loyal friend and I know our friendship will continue even if our life paths may separate us physically as job opportunities arise.

Warmly,

Caleb Dupae

Honorable John D. Bates
United States District Court
  for the District of Columbia
333 Constitution Avenue, Northwest Washington, DC 20001

Dear Judge Bates,

Abram Markofski and I attend the same church.

I have observed the polite and friendly manner in which he interacts with others and his own family members. I have appreciated his great smile and going out of his way to offer a conversation and extend a caring attitude. His character is a treasure.

Abram is the kind of young person it would be a pleasure to call "grandson".

Sincerely,

*Tamara Toll*

Tamara Toll



**DEPARTMENT OF THE ARMY**
D CO 1-128 INF
RIVER FALLS, WI 54022

23 AUG 21

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

SUBJECT: CHARACTER STATEMENT FOR ABRAM MARKOFSKI

1. I, SFC Tristan Babl, has known Abram Markofski for approximately 6 months while serving as his Platoon Sergeant in his current since he was assigned in March 2021. I am aware of his current security clearance review due to his actions on January 6th 2021 at the capitol.

2. My experience working with PFC Markofski has been nothing but positive thus far. He has displayed an above average work ethic and has jumped at opportunities to train and lead, which is rare for a Soldier with his experience.

3. I believe that his actions on January 6th were due to a bad decision without ill or malicious intent. In discussions with him, he has taken responsibility for his actions and to the best of my knowledge, been honest and truthful about the event. I do not have any concerns with PFC Markofski's continued service in my platoon. If given the opportunity to continue his career, I have no doubt, that he would continue to be an invaluable asset to his unit and the WIARNG.

4. Please contact me in you have any questions or concerns. I may be by phone at 715-308-9272 or by email at tristan.l.babl.mil@mail.mil.

Tristan L. Babl
SFC, USA
Platoon Sergeant

23AUG2021

To whom it may concern:

As PFC Markofski's team leader, I have grown to know him as a person and as a soldier. I have observed that not only is he a motivated individual, but he is also willing to learn and a great addition to our team. He is clearly a fast learner and is willing to pass along his experience to other young soldiers and presents leadership qualities while doing this.

The event that transpired on January 6th causing the review of PFC Markofski's security clearance was a lapse of judgment on his part. I am confident that PFC Markofski has learned from this mistake, and will continue to aid in the development of our team, our platoon, and our organization. It is my opinion that this lapse of judgment should not affect the rest of his career. As the other qualities that Markofski has presented in his time with us has proven, and will continue to prove, a great force-multiplier in our mission.

Very respectfully,

SPC Kenneth Stowe


For further contact:

Cell – 651.347.3710

Email – stowe.kenneth18@gmail.com

MEMORANDOM

To: To Whom it May Concern

From: Richard C. Harned, Commander, USN, Ret.; Asst Professor of Engineering Viterbo University

Subj: Character Reference for PFC Abram Markofski

I am a Viterbo University Assistant Professor of Engineering located at La Crosse Wisconsin where PFC Marcofski is enrolled in the engineering undergraduate program. I have had close contact with PFC Markofski in all of his basic engineering classes and have tutored him with advanced mathematics in preparation for his engineering studies. I am aware of his continued desire to serve his country in the US Army and have been impressed with his personal drive to learn engineering and positive leadership skills when assigned group project work in my classes. I previously worked as the flight test director for the Navy's F/A-18 EF Super Hornet during its engineering and manufacturing phase of development. I would seek personnel, with PFC Markofski's leadership potential, to lead my engineering teams. I have been most impressed with his honesty and integrity in my classroom.

I am aware of PFC Markofski's involvement in the January 6, 2021 incident at the US Capital. PFC Markofski has indicated to me that his involvement in the incident was a mistake, regrets his decision to participate and accepts his responsibility and accountability for his actions.

I hope the review board will weigh, with significance, PFC Markofski's sincere regret for his actions and his desire to continue to serve his country in the US Army, when making their decision.

I too made a mistake during my twenty plus years in the US Navy. I was responsible for the destruction of a US Navy helicopter during a landing. The ensuing accident investigation, and review boards, recommended retention and continuation in the US Navy Test Pilot program, where I was assigned when the accident occurred; however, the reviewing authority, Admiral Calvert, would not endorse the board's recommendation until he had interviewed me himself and was convinced the board had made the right decision. Post interview, Admiral Calvert endorsed the boards decision and left me with these parting words, "don't make me regret my decision." I made sure he would not regret his decision.

I believe PFC Markofski sincerely regrets his actions at the US Capital on January 6, 2021. I also believe he is the type of individual who possesses the right character and leadership potential that is desired in our armed forces and worth retaining and reinstating in his current career path.

I am convinced PFC Markofski, if retained and reinstated, would not make you regret your decision.

Sincerely,

Richard C. Harned

DEPARTMENT OF THE ARMY
WISCONSIN ARMY NATIONAL GUARD DET 4, COMPANY A, RRB
910 OAK FOREST DRIVE ONALASKA, WI 54650

W91L05                                              23 August 2021

MEMORANDUM FOR RECORD
SUBJECT: Statement of character for PFC Markofski, Abram.
To whom it may concern:

1: PFC Markofski was a member of Det 4 A Co RSP from his enlistment date of 20190717 until he returned from Special Forces Selection in January of 2021. I was a recruiter, and cadre member in our RSP.

2: I believe PFC Markofski is a great asset to our Army. I believe his past decision on January 6th, 2021 at the capital, does not interfere with his everyday performance, and value on our team in the WI Army National Guard. I have known PFC Markofski for a little over a year, after he came back from training. Since knowing him, he has been a disciplined person, in and out of uniform. He was going to school full time, as well as working and fulfilling his commitment with the WI Army National Guard. He also works out with our group at the gym, and stays very active and takes his fitness and education very seriously. He is outperforming his Peers in and out of uniform. He is someone I would trust and one hundred percent confident in, and very valuable asset to our organization.

3: He has learned from his past experiences, and continues to become better in all areas of his life. Please take this into account while doing his review for his security clearance. If you have any questions or concerns, feel free to reach out at the number below.

4: Point of contact for this memorandum is the undersigned at (608-451-1001) brandon.j.amundson.mil@mail.mil



**DEPARTMENT OF THE ARMY**
1-128th IN D co
River Falls, WI 54022

August 23, 2021

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: Joel M. Stevenson, 2LT, USA

SUBJECT: Character Statement for PFC Abram Markofski

1. My Name is 2LT Joel M. Stevenson. I currently serve as a Platoon Leader in the 1-128th IN Delta Company. I have honorably served for over 6 years. PFC Abram Markofski is one of my soldiers that serves in my platoon. I am fully aware of the security clearance review due to PFC Markofski's actions on January 6th at the D.C. Capital.

2. I met PFC Markofski in March 2021, when he was assigned to my platoon (1st) in Delta Company. Although I was not his direct supervisor, I worked closely with him for over 5 months. Throughout this period of time, I had the opportunity to witness his work ethic, professionalism, and ability to lead.

PFC Markofski displayed an unmatched work ethic. His motivation and willing to learn played a key role in the accomplishment of the Unit's mission. His honor, integrity, and loyalty throughout my time with him has made it hard to believe of his actions at the Capital. This is why I believe that his intentions were harmless.

3. I am fully aware of the severity of PFC Markofski's actions. I understand that he must be held accountable for his actions. My most humble request is that you allow him to continue service. In my professional opinion as one of his mentors, and as a witness of PFC Markofski's moral character, I truly believe that he is an asset to the United States Army. I am positive that he will thoroughly think things through and never make another decision without basing it off of our core Army Values.

4. Please contact me if you have any questions or concerns. I can be reached at joel.m.stevenson2.mil@mail.mil or 608-547-5775.

*Joel S.*

Joel M. Stevenson
2LT, USA
Platoon Leader

DATE: August 24, 2021

TO: Noah Rastall

FROM: Keith B. Purnell, Director of Military Aligned Student Support and Recruitment

SUBJECT: Security Clearance for PFC Abram Markofski

My name is Keith Purnell and I am the Director of the Military Aligned Student Support and Recruitment Office (MAS) at Viterbo University in La Crosse, WI. The purpose of this memorandum is to express my support for PFC Abram Markofski as it pertains to his security clearance and circumstances related to the January 6, 2021 incident at the U.S. Capital.

I am a retired 22-year Active Army Veteran and have worked extensively with soldiers, veterans, and their families in a variety of settings. As the director of the MAS program at Viterbo, I interact with military, veterans, and their family members from the time they submit inquiries and admissions applications through the time they complete their academic programs at our university. I have had the pleasure of knowing PFC Markofski since his fall semester of 2019.

One of the primary responsibilities of my position relates to interacting socially with our MAS students to ensure they are not experiencing situations that would interfere with the successful completion of their academic programs. These interactions typically occur in group settings where our MAS students are invited to gather for the purpose of creating community and comradery. Additionally, our MAS students are encouraged to visit me on a one-on-one basis, which provides greater opportunities to evaluate whether they are experiencing situations they may need assistance with, including those of an academic and/or personal nature.

I have had the opportunity to witness PFC Markofski's interaction with his fellow MAS students and in personal settings during private office visits, and his behavior and attitude have always exemplified that of a professional soldier who espouses the Army Values I am so familiar with. Although I have never had an opportunity to engage with PFC Markofski outside of the scope of our MAS program, everything I know about PFC Markofski indicates that he is a person of sound character, and he has always conducted himself in a professional manner in my presence. He has never given me any reason to question his integrity as a student, soldier, or citizen of the United States.

If needed, I am available to provide additional feedback or assistance. Please feel free to contact me at kbpurnell@viterbo.edu or 608-796-3039.

Sincerely,

Keith Purnell



**DEPARTMENT OF THE ARMY**
WISCONSIN ARMY NATIONAL GUARD
DET 4, COMPANY A, RRB
910 OAK FOREST DRIVE
ONALASKA, WI 54650

W91L05                                                                                              23 AUG 2021

MEMORANDUM FOR RECORD

SUBJECT: Statement of character for PFC Markofski, Abram.

To whom it may concern:

1. PFC Markofski was a member of Det 4 A Co RSP from his enlistment date of 20190717 until he returned from Special Forces Selection in January of 2021. During this time I was his main point of contact as the RSP Readiness NCO as well as his recruiter.

2. PFC Markofski is an example of what a Soldier should be. He is always on time, in the right uniform and eager to learn. I personally witnessed PFC Markofski take charge and lead soldiers through multiple events. His desire to accomplish the objective combined with his ability to work with others fostered a highly motivated and conducive learning environment at the RSP.

3. I can personally attest to the character of PFC Markofski. The events leading to this investigation do not reflect PFC Markofski's character as a whole and should not determine the future of his career.

4. Point of contact for this memorandum is the undersigned at (715) 410-8199 or email derek.j.richter.mil@mail.mil.

DEREK J. RICHTER
SSG, WIARNG
RSP NCO
DET 4 A CO RRB