# Exhibit B

Your Honor:

I deeply regret my involvement in the events of January 6. My presence in the crowd makes me complicit with the travesty of the day. I did not travel to Washington to cause harm to our government, but I found myself caught-up in the moment and acted inconsistent with my values.

When I was invited to attend the last rally of former President Trump, I was interested in seeing a slice of history. I had never been to Washington before, so that interested me. I was surprised by the size of the crowd and how the crowd responded emotionally to the speeches. Looking back, I was overwhelmed by the event. I had never seen that many people in one place before. Even large music festivals I had been to seemed small in comparison. When the speeches ended and the crowd was told to go to the Capitol, I followed the crowd.

What seemed like an exciting moment was, in fact, worse than foolishness. It's a decision that I regret. When I got home, I saw the videos of people attacking the police. I saw videos of the National Guard turning out. That hit me hard. My actions put me on the other side of the line from my brothers in the Army. The wrong side. Had I lived in the area, I would have been called up to defend the Capitol and restore order. That's what I took an oath to do, but my actions put my oath into question. My actions brought dishonor to my beloved U.S. Army National Guard. I placed my career in the Army in jeopardy, and the educational benefits I rely on for tuition have been suspended.

On the way to the Capitol I was awe-struck by the incredible architecture of the buildings. As an engineering student from a small town, it was a real treat to see the incredible architecture of the government buildings. That's who I really am.

I have thought a lot about my actions and the consequences. I have spoken with my parents about this. I have also spoken with my university and the Army about what I did. The conversations have been hard, but have allowed me to learn and grow. Putting who I am and what I value first (family, education and career) will keep me from repeating the decisions that led me to participate in the events of January 6.

I accept responsibility for entering and remaining in the Capitol. It was wrong and unlawful. I offer my sincere apology to the Court, the government, and those police officers who were there, trying to keep order. I'm sorry. Thank you.

Abram Markofski